No. 73–6309. GRAY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 73–6343. RESNICK v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–6369. DOE, AKA JONES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–6386. DAVIS v. JOHNSON, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 73–6389. COHRAN v. DEYTON, SHERIFF. C. A. 5th Cir. Certiorari denied.

No. 73–6410. GONZALEZ v. LAVALLEE, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 73–6412. COLLINS v. WARDEN, NEVADA STATE PRISON. C. A. 9th Cir. Certiorari denied.

No. 73–6417. BURNS v. DECKER ET AL. Sup. Ct. Minn. Certiorari denied.

No. 73–6420. BLUM v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 73–6422. PINEDO v. CALIFORNIA. Super. Ct. Cal., County of Orange. Certiorari denied.

No. 73–6424. CADOGAN v. MONTANYE, CORRECTIONAL SUPERINTENDENT. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.